```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

JOHN IGO,                        )
        Plaintiff,               )
                                 )  Civ. Action No. 17-12328-PBS
        v.                       )
                                 )
CLERK OF COURT, U.S.D.C., et al.,)
        Defendants.              )
```

                              ORDER
                           March 5, 2018

SARIS, C.D.J.

On January 8, 2018, this Court issued an Electronic Order (Docket No. 8) granting plaintiff until January 25, 2018 to file an amended complaint that complies with the directives set forth in the Court's December 1, 2017 Memorandum and Order.  The Order stated that no further enlargement of time will be permitted and failure to comply with the Court's directives will result in a dismissal without prejudice.

The Court's records indicate that plaintiff has not filed an amended complaint and the time to do so expired on January 25, 2018.

Accordingly, for the failure to comply with this Court's directive, this action is hereby DISMISSED without prejudice.

SO ORDERED.

                              /s/ Patti B. Saris
                              PATTI B. SARIS
                              CHIEF UNITED STATES DISTRICT JUDGE